EDUARDO ABAD, ET UX. v. THOMAS OBROTKA, M.D.

September 6, 1989.

Petition for certification denied.

CARL J. GUZZO, ET AL. v. JOHN MCDONOUGH, ET AL.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SUSIE HOLLOWAY.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SANDERS.

September 6, 1989.

Petition for certification denied.